AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

The Green Scene, a California corporation

*Plaintiff(s)*

v.

Pacific Pavingstone, Inc., a California corporation; and Pacific Outdoor Living, Inc., a California corporation

*Defendant(s)*

Civil Action No. 17-1129

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pacific Pavingstone, Inc.,
8309 Tujunga Avenue
Sun Valley, CA 91352

Pacific Outdoor Living, Inc.,
8309 Tujunga Avenue
Sun Valley, CA 91352

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James R. Felton, Esq.
Greenberg & Bass, LLP
16000 Ventura Boulevard, Sutie 1000
Encino, CA 91436

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*